UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-3002-mJ-white

UNITED STATES OF AMERICA

vs.

**BARRY PAUL MEZEY,**

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes \_\_x\_\_ No

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

BY: _____
    TRINITY JORDAN
    ASSISTANT UNITED STATES ATTORNEY
    Court ID No. A5502340
    99 N. E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9202
    FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 18-3002-mj-white |
| BARRY PAUL MEZEY, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 23, 2018 to June 27, 2018 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 915. | Impersonating a diplomat or foreign government official. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Beom Chung, Special Agent DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/28/2017

_____
PATRICK A. WHITE
*Judge's signature*

City and state: Miami, Florida

U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Beom Chung, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent for the United States Department of State, Diplomatic Security Service (DSS), and I am currently assigned to the Miami Field Office in Miami, Florida. I have been employed as a Special Agent since September 17, 2017. Prior to becoming a Special Agent, I served as an Army Captain for nine (9) years. As a Special Agent, I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received training at the Diplomatic Security Training Center regarding criminal investigations of the laws related to travel documents, and violations of federal law, including violations of Title 18 of the United States Code. Based on my training and experience, I am familiar with federal criminal laws related to immigration offenses, identification fraud, and identity theft.

2.  The information in this Affidavit is based upon my own knowledge, records furnished to or obtained by me in my official capacity, and information provided by law enforcement officials, civilian witnesses, and other official sources. The information in this Affidavit is submitted for the sole purpose of establishing probable cause that, from on or about February 23, 2018, through on or about June 27, 2018, Barry Paul MEZEY (MEZEY) impersonated a diplomat or foreign government official, in violation of Title 18, United States Code, Section 915. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, the facts set forth herein do not constitute all the facts known to law enforcement about this investigation.

## STATUTORY AUTHORITY

3. This investigation concerns a violation of Title 18, United States Code, Section 915, which makes it illegal to impersonate a diplomat, consul, or foreign government official.

4. Pursuant to Title 18, United States Code, Section 915, it is a federal crime for an individual to falsely assume or pretend to be a diplomatic, consular or other official of a foreign government duly accredited as such to the United States and act as such, or in such pretend character, demand or obtain or attempt to obtain any money, paper, document, or other thing of value.

## PROBABLE CAUSE

5. On or about February 23, 2018, MEZEY posted a message on his public Facebook purporting to be a United Nations Ambassador. Specifically he signed his message "UN Ambassador, Barry Mezey From NGO."

6. On or about February 27, 2018, MEZEY posted a photo on his public Instagram account that contained a picture of a false and fraudulent United Nations Diplomatic Envoy Ambassador badge.

7. On or about March 8, 2018, MEZEY again posted a message on his public Facebook account that contained a picture of a false and fraudulent United Nations Ambassador Identification card.

8. On or about March 8, 2018, MEZEY posted a video on his public Instagram account that depicted his false and fraudulent United Nations Ambassador Identification card and which stated "full diplomatic immunity." The caption of his video read "Full UN NGO Mission Diplomatic Status Bitches! UN NGO FSPD ID CARDS! Its Ambassador, Barry Mezey!"

9. On MEZEY's public Facebook profile page, he states that he is a "Chief Ambassador- UN NGO US" and an "Israel Mission Chief Ambassador."

10. On or about May 8, 2018, at approximately 8:19 p.m., MEZEY called the Miami Beach Police dispatch center and claimed to be a an Ambassador with the United Nations. MEZEY told the Miami Beach Police that he had a stalker and requested police to check on him, in his official capacity.

11. With this information, Miami Beach Police agreed to send officers to conduct daily checks on MEZEY's residence. These check occurred from May 8, 2018, through May 31, 2018, and from June 10, 2018, through June 23, 2018.

12. On or about June 21, 2018, DSS agents contacted the United States Department of State – Office of Foreign Missions (OFM) to verify MEZEY's diplomatic status and accreditation. OFM confirmed that MEZEY does not currently, nor did he ever, hold status as an accredited diplomat of a foreign government or an international organization.

13. On or about June 27, 2018, at approximately 1:50 p.m., federal agents with the United States Department of State and Department of Homeland Security went to MEZEY's residence on Miami Beach and conducted a consensual non-custodial interview.

14. When federal agents requested MEZEY's identification document, he displayed two false and fraudulent "United Nations Special Agency Identification" cards and a false and fraudulent "United Nations Diplomatic Envoy" badge. On the back of the "United Nations Special Agency Identification" cards, the cards stated that MEZEY is a "UN Diplomatic Envoy, with Full UN Diplomatic Status."

15. When the federal agents asked how he obtained these documents, MEZEY replied that the documents were given to him under the "authority of United Nations."

3

16. MEZEY told federal agents that he had full diplomatic immunity when he is working in the scope of his duty, which he stated was "24 hours a day, 7 days a week, 365 days a year."

17. MEZEY also told agents that he is "An Ambassador-at-large with diplomatic immunity equivalent to a Consul."

18. MEZEY told federal agents that the United Nations authorized him to manufacture diplomatic identification documents.

19. In addition, MEZEY also stated that he called the United States Department of State the night of June 26, 2018, to order a diplomatic license plate for his vehicle.

20. Federal agents reviewed the identification cards and badges that MEZEY provided to them and determined that they were false and fraudulent.

## CONCLUSION

21. Based upon the above information, I respectfully submit that probable cause exists to believe that between February 23, 2018, and June 27 2018, MEZEY, did falsely assume and pretend to be a diplomat duly accredited as such to the United States and act as such, in violation of Title 18, United States Code, Section 915.

FURTHER AFFIANT SAYETH NAUGHT

Beom Chung, Special Agent
Diplomatic Security Service

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 28TH DAY OF JUNE, 2018, AT
MIAMI, FLORIDA

Hon. Patrick A. White
United States Magistrate Judge

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-3002-mJ-white

## BOND RECOMMENDATION

DEFENDANT: BARRY PAUL MEZEY

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: TRINITY JORDAN

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Brian Chung
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
DSS